UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No.:

MONICA A. HARMON,

    Plaintiff,

v.

ESTATE RECOVERIES, INC.,

    Defendant.
_____/

## COMPLAINT
## JURY DEMAND

1.    Plaintiff alleges violation the Telephone Consumer Protection Act, 47 U.S.C §227, *et seq*. ("TCPA").

## JURISDICTION AND VENUE

2.    This Court has jurisdiction under 28 U.S.C. §1332. Venue in this District is proper because Plaintiff resides here and Defendant placed telephone calls into this District.

3.    This Court has diversity jurisdiction. The citizenship of the parties are diverse, Florida and Maryland. Plaintiff alleges in excess of 50 violations of the TCPA. The TCPA provides for damages of up to $1,500 per violation. Accordingly, the amount is controversy is in excess of $75,000, and exceeds the threshold amount required to establish diversity jurisdiction.

## PARTIES

4. Plaintiff, MONICA A. HARMON is a natural person, and citizen of the State of Florida, residing in Palm Beach County, Florida.

5. Defendant, ESTATE RECOVERIES, INC., is a corporation and citizen of the State of Maryland with its principal place of business at Suite 116, 415 Williams Court, Baltimore, Maryland 21220.

## FACTUAL ALLEGATIONS

6. Defendant left the following messages on Plaintiff's voice mail on her cellular telephone on or about the dates stated:

June 28, 2010 at 8:53 AM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff.  If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

July 28, 2010 at 9:16 AM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff.  If you are not the person handling the business affairs of Jack, Wall, and Wolff, please

hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

August 11, 2010 at 11:34 AM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

August 20, 2010 at 9:04 AM – Pre-Recorded Message
Hello. Hello, this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall,

and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

September 13, 2010 at 10:29 AM – Pre-Recorded Message
Hello. Hello, this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

September 27, 2010 at 10:07 AM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please

hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

October 12, 2010 at 1:39 PM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

November 5, 2010 at 12:11 PM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please

hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

<u>November 17, 2010 at 5:13 PM – Pre-Recorded Message</u>
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

<u>December 4, 2010 at 2:02 PM – Pre-Recorded Message</u>
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please

hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

December 8, 2010 at 11:33 AM – Pre-Recorded Message
Hello, this is ERI. Hello, this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

December 9, 2010 at 5:23 PM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please

hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

December 13, 2010 at 1:43 PM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

December 17, 2010 at 10:10 AM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please

hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

December 27, 2010 at 12:08 PM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

January 4, 2011 at 1:59 PM – Pre-Recorded Message
Hello, this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please

hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

January 14, 2011 at 10:46 AM – Pre-Recorded Message
Hello, this is ERI. Hello this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

January 24, 2011 at 7:23 PM – Pre-Recorded Message
Hello, this is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack,

Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

<u>February 1, 2011 at 10:39 AM – Pre-Recorded Message</u>
Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

<u>February 8, 2011 at 11:35 AM – Pre-Recorded Message</u>
Hello this is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack,

Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

February 11, 2011 at 11:02 AM – Pre-Recorded Message
Hello this is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

February 15, 2011 at 2:56 PM – Pre-Recorded Message
This is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall,

and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

February 22, 2011 at 2:29 PM – Pre-Recorded Message
Hello. This is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

March 2, 2011 at 11:18 AM – Pre-Recorded Message
Hello. This is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack,

Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

March 9, 2011 at 11:30 AM – Pre-Recorded Message
Hello. This is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

March 16, 2011 at 8:47 AM – Pre-Recorded Message
Hello. This is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack,

Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

March 21, 2011 at 12:47 PM – Pre-Recorded Message
Hello, this is ERI follow. Hello this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

March 25, 2011 at 12:33 PM – Pre-Recorded Message
Hello. This is ERI. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack,

Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

March 31, 2011 at 11:28 AM – Pre-Recorded Message
Hello. This is ER. Hello this is ERI following up to a letter recently sent. This is a message for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this message so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jane Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Thursday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

April 4, 2011 at 3:22 PM – Pre-Recorded Message
Hello, this is ERI follow. Hello this is ERI following up to a letter recently sent. This message is for the person handling the business affairs of Jack, Wall and Wolff. If you are not the person handling the business affairs of

Jack, Wall, and Wolff, please hang up or disconnect. If you are the person handling the business affairs of Jack, Wall, and Wolff, please continue to listen to this message. There will now be a 3 second pause in this message. By continuing to listen to this message you acknowledge you are the person handling the business affairs of Jack, Wall, and Wolff. You should not listen to this information so that other people can hear it as it contains personal and private information. There will now be a 3 second pause in this message to allow you to listen to this message in private. This is Jay Sims from Estate Recoveries. This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. Please contact us about an important business matter. Please call us toll-free at 1-866-794-1321, Monday through Friday from 9 AM to 9 PM Eastern Time and quote your reference number ARMS00000128059. Once again, please call us toll-free at 1-866-794-1321 and quote your reference number ARMS00000128059. Thank you from Estate Recoveries.

7.     Defendant left similar or identical messages on other occasions. (Collectively, "the telephone messages").  At times Defendant left daily messages the total of which exceeds 50.

8.     Plaintiff is not the person handling the business affairs of Jack, Wall and Wolfe, and is not liable for the debt of the person handling the business affairs of Jack, Wall and Wolfe.

9.     Defendant used an automatic telephone dialing system or a pre-recorded or artificial voice to place telephone calls to Plaintiff's cellular telephone.

10.    None of Defendant's telephone calls placed to Plaintiff were for "emergency purposes" as specified in 47 U.S.C § 227 (b)(1)(A)(iii).

## COUNT I
## VIOLATION OF THE TELEPHONE CONSUMER PROTECTION ACT

11.    Plaintiff incorporates Paragraphs 1 through 10.

12. Defendant placed non-emergency telephone calls to Plaintiff's cellular telephone using an automatic telephone dialing system or pre-recorded or artificial voice in violation of 47 U.S.C § 227 (b)(1)(A)(iii).

WHEREFORE, Plaintiff requests that the Court enter judgment in favor of Plaintiff and against Defendant for:

    a.    Damages;

    b.    a declaration that Defendant's calls violate the TCPA;

    c.    a permanent injunction prohibiting Defendant from placing non-emergency calls to the cellular telephone of Plaintiff using an automatic telephone dialing system or pre-recorded or artificial voice of the called party; and

    d.    Such other or further relief as the Court deems proper.

## JURY DEMAND

Plaintiff demands trial by jury.

> DONALD A. YARBROUGH, ESQ.
> Attorney for Plaintiff
> Post Office Box 11842
> Ft. Lauderdale, FL 33339
> Telephone: 954-537-2000
> Facsimile: 954-566-2235
> donyarbrough@mindspring.com
>
> By: s/ Donald A. Yarbrough
>     Donald A. Yarbrough, Esq.
>     Florida Bar No. 0158658